# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INNOVATIO IP VENTURES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION;<br>HYATT HOTELS CORPORATION;<br>SELECT HOTELS GROUP, L.L.C;<br>COMMONWEALTH HOTELS, LLC;<br>NOBLE I SCHAUMBURG OP CO, LLC (d/b/a Hyatt Place Chicago/Schaumburg);<br>AP AIM ROSEMONT TENANT LLC (d/b/a Hyatt Rosemont);<br>AP AIM LISLE TENANT LLC (d/b/a Hyatt Lisle);<br>AP AIM DEERFIELD TENANT LLC (d/b/a Hyatt Deerfield);<br>HYATT REGENCY WOODFIELD - SCHAUMBURG; and<br>HYATT SUMMERFIELD SUITES CHICAGO/SCHAUMBURG,<br><br>Defendants. | Civil Action No. 11-cv-6145 |

## PLAINTIFF'S LOCAL RULE 3.2 NOTICE AS TO AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Innovatio IP Ventures, LLC ("Innovatio"), through its attorneys, declares that Innovatio is a Delaware corporation, and it has no publicly held affiliates.

Dated: September 2, 2011　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Matthew G. McAndrews*
　　　　　　　　　　　　　　　　　　Matthew G. McAndrews
　　　　　　　　　　　　　　　　　　Raymond P. Niro, Jr.
　　　　　　　　　　　　　　　　　　Brian E. Haan
　　　　　　　　　　　　　　　　　　Gabriel I. Opatken
　　　　　　　　　　　　　　　　　　NIRO, HALLER & NIRO
　　　　　　　　　　　　　　　　　　181 West Madison St., Suite 4600
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　Telephone: (312) 236-0733
　　　　　　　　　　　　　　　　　　Facsimile: (312) 236-3137
　　　　　　　　　　　　　　　　　　E-mail: mmcandrews@nshn.com
　　　　　　　　　　　　　　　　　　E-mail: rnirojr@nshn.com
　　　　　　　　　　　　　　　　　　E-mail: bhaan@nshn.com
　　　　　　　　　　　　　　　　　　E-mail: gopatken@nshn.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff,*
　　　　　　　　　　　　　　　　　　INNOVATIO IP VENTURES, LLC